IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN JENNINGS, et al.,          :
                                :
              Plaintiffs,       :      CIVIL ACTION
                                :
     v.                         :      No. 09-cv-0482
                                :
HOLIDAY INN SUNSPREE RESORT,    :
et al.,                         :
                                :
              Defendants.       :

ORDER

AND NOW, this 23rd day of April, 2009, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 10, 11, 12, 13, 14, 15) and responses thereto (Doc. Nos. 21, 22, 23, 24), it is hereby ORDERED that: Defendant Holiday Inn Sunspree Resort's Motion to Dismiss is GRANTED; Defendant Holiday Inns, Inc.'s Motion to Dismiss is GRANTED; Defendant Intercontinental Hotels Group's Motion to Dismiss is DENIED.  It is FURTHER ORDERED that Plaintiffs will have sixty (60) days from the date of this Order to properly serve Defendant Intercontinental Hotels Group.

BY THE COURT:

J. CURTIS JOYNER, J.