```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
JENNINGS, et al.,                       :
                                        :
          Plaintiff,                    :    CIVIL ACTION
                                        :
     vs.                                :    No. 09-CV-0482
                                        :
HOLIDAY INN SUNSPREE RESORT,            :
et al.,                                 :
                                        :
          Defendants.                   :
```

## **ORDER**

AND NOW, this 5th day of August, 2009, in consideration of Defendant InterContinental Hotels Group's Motion to Dismiss (Doc. Nos. 30, 31) and responses thereto, it is hereby ORDERED that the Motion is STAYED for a period of thirty (30) days from the date this Order is entered for the sole purpose of enabling Plaintiff to take discovery exclusively on the issue of whether InterContinental Hotels Group is a legal entity amenable to suit and service.  See, Fed. R. Civ. P. 17.  At the conclusion of the thirty (30) day period, the Parties shall have seven (7) days to submit supplemental filings in support of their respective positions.

```
                              BY THE COURT:



                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.
```