IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN JENNINGS and SHERRY JENNINGS | |
|---|---|
| v. | NO.: 09-cv-482 |
| INTERCONTINENTAL HOTELS GROUP | |

**STIPULATION EXTENDING 30-DAY DISCOVERY PERIOD
RELATIVE TO INTERCONTINENTAL HOTELS GROUP'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

It is hereby stipulated by and between counsel for plaintiffs, John Jennings and Sherry Jennings, and defendant, InterContinental Hotels Group, on this 31st day of Aug., 2009, that the 30-day discovery period enabling plaintiffs to conduct discovery exclusively on the issue of whether Intercontinental Hotels Group is a legal entity amenable to suit and service is extended for two weeks, or until September 19, 2009. It is further agreed that the parties must submit supplemental filings in support of their positions by September 26, 2009.

At present, neither IHG's counsel nor David Hom are available for deposition on August 28, 2009. The parties are currently working together to schedule Mr. Hom's deposition prior to September 19, 2009.

AGREED:

BY: _____
Joyce Ullman, Esquire
900 Stephen Girard Building
21 S. 12th St.
Philadelphia, PA 19170
Counsel for plaintiffs

BY: _____
Francis J. Grey, Jr., Esquire
Monica V. Pennisi Marsico, Esq.
LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
Philadelphia, PA 19106
Counsel for defendant

BY THE COURT:

_____ J.