```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| JOHN JENNINGS and SHERRY JENNINGS, | : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : |
| v. | : No. 09-cv-0482 <br> : |
| HOLIDAY INN SUNSPREE RESORT, et al., | : <br> : <br> : |
| Defendants. | : |

### ORDER

AND NOW, this    24th    day of September, 2009, upon consideration of parties' request, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.